CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01201−DWF−JJK

Gross v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Jeffrey J. Keyes
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rosealee Gross** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc., filed by Rosealee Gross. ( Filing fee $ 350 receipt number 23413.) assigned to Judge Donovan W. Frank per Master List referred to Magistrate Judge Arthur J Boylan. (Attachments: # 1 Civil Cover Sheet) (LPH) (Entered: 05/02/2008) |
| 05/02/2008 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (LPH) (Entered: 05/02/2008) |
| 05/14/2008 | 2 | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing (ckp.filings@crbard.com) Defense Counsel for Service of Process on May 14, 2008 by Rosealee Gross. Waiver of Service due by 6/16/2008. (Attachments: # 1 Waiver of Service of Summons Form# 2 Certificate of Service)(Johnson, Charles) Modified text on 5/15/2008 (akl). (Entered: 05/14/2008) |
| 05/21/2008 | 3 | WAIVER OF SERVICE Returned Executed filed by Rosealee Gross. Davol, Inc. waiver sent on 5/14/2008, answer due 7/14/2008; C.R. Bard, Inc. waiver sent on 5/14/2008, answer due 7/14/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 05/21/2008) |
| 05/29/2008 | 4 | TEXT−ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE. The Clerk of Court is directed to reassign the Magistrate Judge in this case. Case is reassigned to |

| | | |
|---|---|---|
| | | Magistrate Judge Jeffrey J. Keyes for all further proceedings. Magistrate Judge Arthur J. Boylan no longer assigned to the case. In addition, any proceedings currently scheduled before the transferring Magistrate Judge will proceed in front of that Judge, unless directed otherwise. Please contact Jackie Phipps, at (612) 664−5470, for scheduling or other matters related to Magistrate Judge Keyes. **NOTE:** the new case number is **08cv1201 DWF/JJK**. Please use this case number for all subsequent pleadings. (JME) (Entered: 05/29/2008) |
| 06/20/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−20), transferring case to the District of Rhode Island per MDL Panel for coordinated and consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (LPH) (Entered: 06/23/2008) |